UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 06483
   CARI N. KEILER
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-8156
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/11/07 and confirmed on 08/24/07.

2. The case was converted to Chapter 7 after confirmation, 04/07/2008.

3. The Debtor paid a total of $ 7050.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AMC MORTGAGE SERVICES | MORTGAGE ARRE | 2852.50 | .00 | 2852.50 |
| HSBC MORTGAGE SERVICES | SECURED | .00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 342.93 | .00 | 9.22 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 1953.35 | .00 | 52.55 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| ECMC | UNSECURED | 16920.75 | .00 | 455.27 |
| DEPARTMENT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 13201.21 | .00 | 355.19 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 458.29 | .00 | 12.33 |
| PEOPLES GAS | UNSECURED | 846.68 | .00 | 22.78 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1311.51 | .00 | 35.28 |
| ROUNDUP FUNDING LLC | UNSECURED | 481.25 | .00 | 12.95 |
| ROUNDUP FUNDING LLC | UNSECURED | 1245.78 | .00 | 33.52 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2852.50 | .00 | 36761.75 | .00 | 39614.25 |
| PRINCIPAL PAID | 2852.50 | .00 | 989.09 | .00 | 3841.59 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2852.50 | .00 | 989.09 | .00 | 3841.59 |

The Debtor's attorney, DAVID M SIEGEL              , was allowed $   3000.00 and was paid $    376.00  direct and $   2624.00  through the plan.

The Trustee received $    284.41 .

Refunds to the Debtor totaled $    300.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 07 B 06483 CARI N. KEILER